IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                Plaintiff,                ORDER

  v.

                                           98-cr-10-bbc

JEFF VANG,

                Defendant.
_____

On May 13, 2008, this court held an initial appearance on the government's petition to revoke supervised release. Defendant Jeff Vang was present with his attorney Glenn Reynolds. The government was represented by First Assistant United States Attorney Stephen Sinnott and United States Senior Probation Officer Michael Harper. Vang, by counsel, acknowledged receipt of the revocation petition. The government is not seeking detention pending a further hearing. In consultation with both sides, I set the hearing before Judge Crabb for June 2, 2008, at 12:40 p.m. The parties indicated the hearing may exceed one hour.

Entered this 13th day of May, 2008.

BY THE COURT:

/s/_____
THERESA M. OWENS
Magistrate Judge